UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                                      Case No.  8:06-cv-942-T-24 EAJ

PINONES EN TAMPA, INC., ET AL.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's motion for extension of time to file a case management report.  (Doc. No. 12).  A case management report was due on September 25, 2006.  On October 3, 2006, the Court issued an order to show cause due to Plaintiff's failure to file a case management report, and the Court directed Plaintiff to respond by October 10, 2006. (Doc. No. 10).  Plaintiff did not respond.  On October 10, 2006, the Court issued another order to show cause regarding Plaintiff's failure to file a case management report.  (Doc. No. 11). Plaintiff filed the instant motion in response.

In the instant motion, Plaintiff states that it needs additional time to file a case management report, because its counsel has been in trial since September 5, 2006 and has not had time to determine whether he will be required to amend any pleadings.  However, amending the pleadings does not affect the filing of a case management report, and as such, Plaintiff has not shown cause for its failure to file a case management report.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's motion for extension of time to file a case management report (Doc. No. 12) is **DENIED**.  Plaintiff is directed to file a

joint case management report by October 16, 2006; failure to do so will result in dismissal of this case without further notice due to lack of prosecution.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of October, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record